CM/ECF oiextsty
(Rev. 09/14/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Margaret B Hall  )  Case No.: 20–12866–JDW
       Debtor(s)  )  Chapter: 7
          )  Judge: Jason D. Woodard
          )
          )

Re:  *26* – Motion to Abandon ., Motion for Relief from Stay . Filed by Jeff D. Rawlings on behalf of Community Bank of Mississippi . Entered on Docket by: (CLD)

(the "Motion")

## ORDER EXTENDING AUTOMATIC STAY

     Upon consideration of the Motion for Relief from the Automatic Stay filed in the above referenced bankruptcy case, the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided by Section 362(e) of the Bankruptcy Code will not hinder, burden, delay or be inconsistent with the proceeding.

     IT IS THEREFORE ORDERED that the automatic stay under 11 U.S.C. Section 362 is hereby extended and is to remain in effect pending entry of an Order resolving the Motion.

Dated: 10/5/21

                                             Jason D. Woodard
                                             Judge, U.S. Bankruptcy Court