SO ORDERED,

*Judge Jason D. Woodard*

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  MARGARET B. HALL                                                                 NO. 20-12866-JDW

COMMUNITY BANK OF MISSISSIPPI                                                      MOVANT

VS.

MARGARET B. HALL, DEBTOR,
AND WILLIAM L. FAVA, TRUSTEE                                                         RESPONDENTS

### ORDER ON MOTION TO ABANDON COLLATERAL AND LIFT STAY (Doc 26)

(JDW)

This matter having come on before this Court on the motion of Community Bank of Mississippi ("Bank") to abandon collateral pursuant to 11 U.S.C. § 554 and to lift ~~and terminate~~ the automatic stay of 11 U.S.C. § 362 and the Court having found that there was no response to the motion and it ~~is therefore well taken and~~ should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Bank's collateral, certain real property and improvements located at 109 Glen Eagle Road, Oxford, Mississippi (the "Property"), a legal description of which is attached as Exhibit "A", is hereby abandoned pursuant to 11 U.S.C. § 554 and the automatic stay of 11 U.S.C. § 362 is hereby immediately *lifted* ~~terminated~~ as to the Bank's collateral to allow the Bank to proceed with foreclosure and sale of its collateral. Since the Debtor is surrendering the

Property, this Order shall become immediately effective and enforceable upon its entry and shall not be stayed by Bankruptcy Rule 4001 (a)(3).

##END OF ORDER##

Submitted by:

/s/ Jeff Rawlings
Attorney for Community
Bank of Mississippi


Jeff Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642

**Exhibit A**



```
FILED
STATE OF MISSISSIPPI
LAFAYETTE COUNTY

2009 JUL 31  PM 12: 02

CHANCERY CLERK

BY DC
```

```
Chancery Clerk
Lafayette County, Mississippi
I certify the instrument
was recorded on
JULY      31  2009   03:13:58PM
Instrument 200906584 Page   1 of   10
Witness my hand and seal
                                    D.C.
Sherry Wall
```

Space Above This Line For Recording Data

This document was prepared by COMMUNITY BANK, NORTH MISSISSIPPI, PO BOX 270, AMORY, Mississippi 38821, (662) 349-4200
Return To: Loan Administration, Community Bank, North MS, P. O. Box 270, Amory, MS 38821
**INDEXING INSTRUCTIONS.** Section 20, Township 8 South, Range 3 West

**Document Title:** Deed of Trust

**Grantor(s):** Samuel T Hall, 109 Glen Eagle Rd, Oxford, MS 38655-2611 and Margaret B Hall, 109 Glen Eagle Rd, Oxford, MS 38655-2611

**Lender/Grantee:** Community Bank, North Mississippi, P. O. Box 270, Amory, MS 38821, Telephone: 662-256-8461

**Legal Description:** Commencing at a concrete monument at the Southwest corner of the Northwest Quarter of Section 20, Township 8 South, Range 3 West; run thence along the section line South 88 degrees 54 minutes East a distance of 847.5 feet to a point; thence North 10 degrees 46 minutes East a distance of 501.5 feet to an iron pipe and the point of beginning of this lot description. Run thence North 73 degrees 21 minutes East a distance of 310.6 feet to an iron stake. Thence North 81 degrees 41 minutes East a distance of 175.0 feet to an iron pin. Thence along the perimeter of a 40 foot turn-around curving to the right a distance of 179.0 feet to the point of beginning. All lying and being in the Northwest Quarter of Section 20, Township 8 South, Range 3 West, Oxford, Lafayette County, Mississippi. Also known as Lot No. 76 of the Country Kermie Faust Tollison by deed from Paul T. Hendershot and wife, Theresa Lacy Hendershot, by deed dated May 31, 1974, and filed for record in Deed Book 298 at Page 165 in the Office of the Chancery Clerk of Lafayette County, Mississippi



Mississippi Recording Cover Sheet
MS/4MICHAEL000441700000215046072309Y                       Wolters Kluwer Financial Services ©1996, 2009 Bankers Systems™    Initials